UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

    GEORGINA FALU CO, LLC,                            Case No.: 23-11004-mew

                Debtor.
-----------------------------------------------------------x

**STIPULATION TO SUBSTITUTE COUNSEL
FOR THE DEBTOR AND DEBTOR IN POSSESSION**

**WHEREAS**, on June 27, 2023 (the "Petition Date"), Georgina Falu Co, LLC, the debtor and debtor in possession (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Debtor was represented by Charles A. Higgs, Esq. of the Law Office of Charles A. Higgs; and

**WHEREAS**, the Debtor now seeks to substitute in the firm of the Law Offices of Avrum J. Rosen, PLLC, subject to Bankruptcy Court approval, as counsel to the Debtor.

**IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES THAT:**

1.    The Law Office of Charles A. Higgs is hereby relieved as counsel to the Debtor.

2.    The Law Offices of Avrum J. Rosen, PLLC, is hereby substituted as counsel of record, subject to Bankruptcy Court approval, to the Debtor.

Dated: October 11, 2023
       Huntington, New York

                                          **Law Offices of Avrum J. Rosen, PLLC**
                                          *Incoming Counsel to the Debtor*

                          By:    */s/ Avrum J. Rosen*
                                  Avrum J. Rosen, Esq.
                                  38 New Street
                                  Huntington, New York 11743
                                  (631) 423-8527
                                  arosen@ajrlawny.com

Dated: October 11, 2023
      Beford Hills, New York

**Law Office of Charles A. Higgs**
*Outgoing Counsel to the Debtor*

By:   */s/ Charles A. Higgs*
       Charles A. Higgs, Esq.
       2 Depot Plaza
       Bedford Hills, NY 10507
       (917) 673-3768

Dated: October 11, 2023
      New York, New York

**Georgina Falu Co, LLC**

By:   */s/ Georgina Falu*
       Georgina Falu, Managing Member

**IT IS SO ORDERED**

Dated:

       _____
       Hon. Michael E. Wiles
       United States Bankruptcy Judge