# Exhibit "A"

**13 Week Revenue and Expense Budget**

| | Nov 7-Nov 13 | Nov 14-Nov 20 | Nov 21-Nov 27 | Nov 28-Dec 4 | Dec 5-Dec 11 | Dec 12-Dec 18 | Dec 19-Dec 25 | Dec 26-Jan 1 | Jan 2-Jan 8 | Jan 9-Jan15 | Jan 16-Jan22 | Jan 23-Jan 29 | Jan 30-Feb 5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | 2,300.00 | 2,400.00 | 0.00 | 2,400.00 | 2,300.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 2,400.00 | 0.00 | 0.00 | 4,700.00 | 18,800.00 |
| Cash on Hand | 2,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,300.00 |
| Weekly Gross Income | 4,600.00 | 2,400.00 | 0.00 | 2,400.00 | 2,300.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 2,400.00 | 0.00 | 0.00 | 4,700.00 | 21,100.00 |
| **Expenses** | | | | | | | | | | | | | | |
| Adequate Protection Payment* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | -1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,350.00 | 0.00 | 0.00 | 0.00 | -1,350.00 | -4,050.00 |
| Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | -375.00 | 0.00 | 0.00 | -375.00 | 0.00 | 0.00 | 0.00 | 0.00 | -375.00 | -1,125.00 |
| Maintainence | -800.00 | 0.00 | 0.00 | -350.00 | 0.00 | 0.00 | -300.00 | 0.00 | -275.00 | 0.00 | -250.00 | 0.00 | -300.00 | -2,275.00 |
| Electric | -55.00 | 0.00 | 0.00 | 0.00 | -55.00 | 0.00 | 0.00 | 0.00 | -55.00 | 0.00 | 0.00 | 0.00 | -55.00 | -220.00 |
| Water & Sewer | -50.00 | 0.00 | 0.00 | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.00 | 0.00 | 0.00 | 0.00 | -60.00 | -220.00 |
| Garbage/Cleaining | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -70.00 | -910.00 |
| U.S. Trustee Quarterly Fees | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | -250.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,000.00 |
| Weekly Operarting Expense | -975.00 | -70.00 | -70.00 | -1,820.00 | -1,250.00 | -70.00 | -370.00 | -445.00 | -2,060.00 | -70.00 | -320.00 | -70.00 | -2,210.00 | -9,800.00 |
| Weekely Net Operating Income | 3,625.00 | 2,330.00 | -70.00 | 580.00 | 1,050.00 | -70.00 | -370.00 | -445.00 | 240.00 | 2,330.00 | -320.00 | -70.00 | 2,490.00 | 11,300.00 |

*Debtor asserts that the property is over secured and thus, no adequate proection payments are required