# EXHIBIT A

# SALE Price Opinion
## Commercial

## Subject

| | | | | |
|---|---|---|---|---|
| **Property Address** | 329 E 118th St | | | |
| **City, State, Zip** | New York, NY 10035 | | | |
| **Legal / APN #** | | | | |
| **Your Company Name and Address** | Diamond Realty Associates, Inc<br>406 Main Street Suite 2 Meutchen, NJ 08840 | | **Completed by:** Carla Elfeld<br>**Phone:** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Occupancy** | Occupied | **Occupied By** | Tenant | **Is Subject Listed** | Yes | **Listing Agent** | Owner |
| **Property Type** | Multi-Family | **Describe Use** | Multifamily 4 Units APT | | | **List Phone** | |
| **Site Size** | 0.04 | **Topography** | Level | **Over-All Condition** | Fair | **Building Size** | 3350 | **Year Built** | 1900 |
| **Zoning** | R7A | **Zoning Change** | Not Likely | **Marketability** | Good | **Construction** | Stucco |
| **Is the property free of debris** | Yes | **Has the property been vandalized** | No | | **Are there any Easement Issues Known** | No |
| **Are Immediate Repairs needed** | No | No | | | **Are there any Evironmental Issues Known** | No |
| **Utilities on the Property** | Water | Electric | Sewer | | | | |
| **Heat Fuel Type** | Natural Gas | Electric | | | | | |
| **Furnace / Heat Type** | Forced Air | | | | | | |
| **Air Conditioner / Cooling** | Central | Window | Fans | | | | |

## Assessor's Tax Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Parcel# / APN#** | | **Land Value** | $384,000 | **Building Value** | $1,822,000 | **Total** | $2,206,000 |

## Property Description

**Describe the subject property, Type, Current Use, Location, Amenities, and Highest and Best Use.**

Four story detached 4 unit apartment building. Appears in below average overall condition as-is. Exterior Needs Paint and Power Wash, Interior repairs would be needed as well.
I knocked on each door. Apartment one was no answer. Apartment two was no answer but I did hear voices inside the apartment. Apartment three was no answer and had Rent Demand and Notice of Non Payment posted to door. Apartment four was a Spanish speaking tenant who did answer but refused to open door or give any information.

Property is currently Active FOR SALE by Owner. List Price is $1,635,000.

## Repair Estimates

| | | | | | |
|---|---|---|---|---|---|
| 1 | Exterior Power Wash | 1,500 | 2 | | |
| 3 | Exterior Paint | 5,000 | 4 | | |
| 5 | Estimated Interior Repairs | 80,000 | 6 | | |

**Describe repair needs and any visible damage. Give your estimate as to the cost to repair.** | **Total Cost** | 86,500

Exterior Needs Paint and Power Wash, Interior repairs would be needed as well.
Full interior inspection is recommended to know overall condition.

## Neighborhood

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Location** | Suburban | **Built Up** | 10% to 25% | **Growth Rate** | Stable | **Values** | Increasing |
| **Demand** | Shortage | **Market Time** | | **Land Use Change** | | **Employment** | Stable |
| **Number Competing Listings in the area** | 6 | **Vandalism in Area** | No | **Describe** | | | |
| **Number Sales in the past 6 Months** | 15 | **Special Assessments** | No | **Describe** | | | |
| **Expected time to sell** | 90 | **Rental Price Range** | | **List Price Range** | | **Sold Price Range** | |
| **Type of financing required to sell** | Conv | Low | | Low | $950,000 | Low | $900,000 |
| **Number of Boarded properties in the area** | 1 | High | | High | $3,650,000 | High | $3,450,000 |

**Describe the Neighborhood and surrounding land uses, and how the neighborhood conditions will affect the subject value and marketing.**

Su                                          ood.

P

N

## Commercial Market Analysis / SALES

| Data | Subject | Sold # 1 | Sold # 2 | Sold # 3 | Sold # 4 | Sold # 5 | Sold # 6 |
|---|---|---|---|---|---|---|---|
| Address | 329 E 118th St | 405 E 117th St | 61 E 125th St | 421 W 146th St | 467 W 147th St | 189 Edgecombe Ave | 366 Saint Nicholas Ave |
| City | New York | New York | New York | New York | New York | New York | New York |
| State, Zip Code | NY 10035 | NY 10035 | NY 10035 | NY 10031 | NY 10031 | NY 10030 | NY 10027 |
| Distance from Subj | | 0.35 | 0.73 | 3.1 | 2.3 | 1.95 | 1.95 |
| Data Source | Tax/Inspec | MLS | MLS | MLS | MLS | MLS | MLS |
| List Price | $1,635,000 | $2,100,000 | $3,453,979 | $1,683,000 | $1,120,000 | $2,450,000 | $1,600,000 |
| List Date | | 08/05/22 | 07/14/22 | 01/12/21 | 05/10/22 | 04/15/22 | 01/15/23 |
| Sold Price | | $2,100,000 | $3,453,979 | $1,683,000 | $1,120,000 | $2,450,000 | $1,600,000 |
| Sold Date | | 11/07/22 | 09/09/22 | 04/19/21 | 09/12/22 | 07/25/22 | 03/10/23 |
| No. Units | 4 | 7 | 6 | 5 | 3 | 8 | 5 |
| Bedrooms | 5 | 7 | 6 | 5 | 3 | 8 | 5 |
| Baths | 4 | 7 | 6 | 5 | 3 | 8 | 5 |
| SqFt Above Grade | 3350 | 4730 | 6048 | 2588 | 2580 | 3360 | 9353 |
| Basement | None | None | None | None | None | None | None |
| SqFt Basement | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished Bsmt | 0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Location | Suburban | Suburban | Suburban | Suburban | Suburban | Suburban | Suburban |
| Lot Size in SqFt | 1699 | 4730 | 6048 | 1307 | 2060 | 1742 | 1690 |
| Lot Size in Acres | 0.04 | 0.04 | 0.04 | 0.03 | 0.05 | 0.04 | 0.04 |
| Design | 4+ Story | 4+ Story | 4+ Story | 4+ Story | 4+ Story | 4+ Story | 4+ Story |
| Type Const | Brick | Brick | Brick | Brick | Brick | Brick | Brick |
| Quality Const. | Good | Good | Good | Good | Good | Good | Good |
| Parking | None | None | None | None | None | None | None |
| Year Built | 1900 | 1900 | 1930 | 1920 | 1926 | 1901 | 1901 |
| Interior Cond | Good | Fair | Good | Fair | Fair | Fair | Fair |
| Exterior Cond | Good | Fair | Good | Fair | Fair | Fair | Fair |
| Garage | None | None | None | None | None | None | None |
| Pool / Spa | None | None | None | None | None | None | None |
| Heating | FA/Gas | FA/Gas | FA/Gas | FA/Gas | FA/Gas | FA/Gas | FA/Gas |
| Air Condition | Central | Central | Central | Central | Central | Central | Central |
| Zoning | R7A | X | X | X | X | X | X |
| Used As | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily |
| | | | | | | | |
| Value per Unit | 350,000 | 300,000 | 575,663 | 336,600 | 373,333 | 306,250 | 320,000 |
| Value per Acre | NA | NA | NA | NA | NA | NA | NA |
| Value per SqFt | 350,000.00 | 443.97 | 571.09 | 650.31 | 434.11 | 729.17 | 171.07 |
| Compared to Subj | | Similar | Superior | Similar | Similar | Similar | Similar |
| Most similar / Subj | | 1 | | | 2 | 4 | 3 |

**Describe the similarities and differences between comps and subject. Justify and explain any differnces in value between subject and comps.**

| | |
|---|---|
| Subject | 4 Unit Multifamily 4 stories property, that appears in below average condition overall. APT Room Count: One 2Bed 1Bath APT, Three 1Bed 1Bath APTs |
| Sold # 1 | This 4,730 square foot Multi-Family building has 4 floors was built in 1900. It has masonry construction and is a class C building. |
| Sold # 2 | 6 Unit multifamily property. |
| Sold # 3 | 8 Unit multifamily property. |
| Sold # 4 | 2,580 square foot property. The class C, three star multi-family property sits on 0.05 acres of land zoned R6A. The three unit apartment building was originally built in 1926. |
| Sold # 5 | 8 unit, 3,336 square foot multi-family building in Manhattan County that sold for $2,425,000 on July 25th. |
| Sold # 6 | 5-unit class B Multi-Family Building with a total of 9,353 SF. |

## Commercial Market Analysis / ACTIVES

| Data | Subject | List # 1 | List # 2 | List # 3 | List # 4 | List # 5 | List # 6 |
|---|---|---|---|---|---|---|---|
| | **Subject** | **Available Listings** | | | | | |
| Address | New York | 414 E 115th St | 5 E 124th St | 50 E 126th St | 227 W 131st St | 1665 Lexington Ave | |
| City | New York | New York | New York | New York | New York | New York | |
| State, Zip Code | NY 10035 | NY 10029 | NY 10035 | NY 10035 | NY 10027 | NY 10029 | |
| Distance from Subj | | 0.43 | 0.85 | 0.92 | 1.4 | 0.95 | |
| Data Source | Tax/Inspec | MLS | MLS | MLS | MLS | MLS | |
| List Price | $1,635,000 | $1,990,000 | $2,400,000 | $1,650,000 | $3,300,000 | $1,600,000 | |
| List Date | | 08/15/22 | 09/15/22 | 08/15/22 | 04/15/22 | 08/15/22 | |
| Sold Price | | NA | NA | NA | NA | NA | |
| Sold Date | | NA | NA | NA | NA | NA | |
| No. Units | 4 | 5 | 8 | 4 | 8 | 5 | |
| Bedrooms | 5 | 6 | 8 | 4 | 8 | 5 | |
| Baths | 4 | 5 | 8 | 4 | 4 | 5 | |
| SqFt Above Grade | 3350 | 4176 | 3840 | 3413 | 3290 | 4432 | |
| Basement | None | None | None | None | None | None | |
| SqFt Basement | 0 | 0 | 0 | 0 | 0 | 0 | |
| % Finished Bsmt | 0% | 0 | 0 | 0 | 0 | 0 | |
| Location | Suburban | Suburban | Suburban | Suburban | Suburban | Suburban | |
| Lot Size in SqFt | 1699 | 1650 | 2178 | 1699 | 1699 | 2178 | |
| Lot Size in Acres | 0.04 | 0.04 | 0.05 | 0.04 | 0.04 | 0.05 | |
| Design | 4+ Story | 4+ Story | 4+ Story | 4+ Story | 4+ Story | 4+ Story | |
| Type Const | Brick | Brick | Brick | Brick | Brick | Brick | |
| Quality Const. | Good | Good | Good | Good | Good | Good | |
| Parking | None | None | None | None | None | None | |
| Year Built | 1900 | 1900 | 1909 | 1909 | 1910 | 1900 | |
| Interior Cond | Fair | Good | Fair | Good | Good | Fair | |
| Exterior Cond | Fair | Good | Fair | Good | Good | Fair | |
| Garage | None | None | None | None | None | None | |
| Pool / Spa | None | None | None | None | None | None | |
| Heating | FA/Gas | FA/Gas | FA/Gas | FA/Gas | FA/Gas | FA/Gas | |
| Air Condition | Central | Central | Central | Central | Central | Central | |
| Zoning | R7A | X | X | X | X | X | |
| Used As | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | |
| | | | | | | | |
| Value per Unit | 0 | 398,000 | 300,000 | 412,500 | 412,500 | 320,000 | |
| Value per Acre | 0 | NA | NA | NA | NA | NA | |
| Value per SqFt | | 476.53 | 625.00 | 483.44 | 1,003.04 | 361.01 | |
| Compared to Subj | | Similar | Similar | Similar | Similar | Similar | Similar |
| Most similar / Subj | | 1 | 4 | 2 | | 3 | |

**Describe the similarities and differences between comps and subject. Justify and explain any differnces in value between subject and comps.**

| | |
|---|---|
| Subject | 4 Unit Multifamily 4 stories property, that appears in below average condition overall.<br>APT Room Count: One 2Bed 1Bath APT, Three 1Bed 1Bath APTs |
| List # 1 | An outstanding investment opportunity awaits on one of the most sought-after blocks in East Harlem! This 18'75"x58' prewar townhouse on |
| List # 2 | B6 Real Estate Advisors has been retained on an exclusive basis to arrange for the sale of 5 East 124th Street, a four-story, 8-unit, 3,840 |
| List # 3 | 4 Unit multifamily property. |
| List # 4 | 8 Unit multifamily property. |
| List # 5 | 5 Unit multifamily property. |
| List # 6 | |

**Explain how you arrived at the current, fair market value for the subject, based upon comparable sales and listings**

AS-IS Value is based on most similar and proximate sales from the immediate market area.
Condition, Price Per Unit and GLA were the predominant factors to determine the final value of the subject property.
Suggested as-is value is around $1,400,000. Estimated Total Repairs are $86,500. After Repair Value would be around $1,550,000.
I have provided as-is value based on the exterior repairs and the estimated interior repairs.
After Repair value could change if full interior inspection is performed.

## Values / List Price

| Values | Low Value | High Value | Expected Selling Price | |
|---|---|---|---|---|
| As Is | $1,360,000 | $1,440,000 | $1,400,000 | |
| Repaired | $1,510,000 | $1,590,000 | $1,550,000 | |
| Prepared By | Carla Elfeld | | Date | 05/06/23 |

This is a Broker's Price Opinion, or Comparative Market Analysis, and is not to be considered as an Appraisal. The information provided in this Market Evaluation was obtained from sources, including Multiple Listing Service, Local Tax Records, Broker's information files.

## RENTS

**RENTS in East Harlem New York - NY:**

**STUDIO RENTS** range from $2,000-$2,375
**1 BED APT RENTS** range from $2,420-$2,790
**2 BED APT RENTS** range from $3,100-$3,400

| Subject - | PHOTOS | New York, NY 10035 |
|---|---|---|












## mparables PHOTOS











Sold # 6



## Active Listings PHOTOS

**List # 1**



**List # 2**



**List # 3**



**List # 4**



**List # 5**



**List # 6**