UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  :  Chapter 11
    :
GEORGINA FALU CO, LLC,  :  Case No. 23-11004 (MEW)
    :
            Debtor.  :
    :

---

### ORDER VACATING PRIOR ORDER REGARDING STIPULATION APPROVING ADEQUATE PROTECTION AND RELATED RELIEF WITH RESPECT TO SECURED CLAIM OF THE U.S. SMALL BUSINESS ADMINISTRATION

On January 11, 2024, the Court "So Ordered" a stipulation entered into between the Debtor and the Small Business Administration regarding adequate protection and related relief [ECF No. 36] (the "Stipulation"). At the time of its approval, the Court did not realize that the Debtor had not advised the senior creditor (U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2) of this Stipulation or that U.S. Bank had an objection to it [ECF No. 39], which US Bank filed later on the same day that the Court approved the Stipulation. Based upon the foregoing, it is hereby

ORDERED, that the Order approving the Stipulation is vacated; and it is further

ORDERED, that the Stipulation will be ineffective unless and until the Court rules on the U.S. Bank objection.

DATED: New York, New York
    January 17, 2024

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE