IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| In re: <br><br> **GEORGINA FALU CO, LLC,** <br><br> Debtor. | Case No. 23-11004-mew <br><br> Chapter 11 |

**REPLY TO DEBTOR'S OPPOSITION TO MOTION TO DISMISS
SINGLE ASSET REAL ESTATE CASE, AND MOTION FOR STAY RELIEF**

U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2 (the "Trust"), submits this Reply (the "Reply") to the Debtor's Opposition to Trust's Motion to Dismiss this Case, or in the Alternative to Lift the Automatic Stay. In support of the foregoing, the Trust respectfully represents the following:

**ARGUMENT**

Trust seeks the most expeditious process to protect the property from further deterioration so that it can be sold quickly to satisfy in full the Debtor's mortgage debt. Unfortunately, the Debtor has deferred building maintenance and repairs for years causing the property's condition to deteriorate significantly as shown by 93 open code violations (see **Exhibit A**), 5 overdue lead paint violations (see **Exhibit B**), June 15, 2023 interior inspection photos (see **Exhibit C**), and the June 12, 2023 licensed contractor repair bid (not including interior units) (see **Exhibit D**). The Debtor's property management inexperience is also highlighted by significant lost rental income from 2 of the 4 units and being immersed in stagnant tenant eviction cases. These major problems did not happen by accident, accumulated over several years due to Dr. Falu's mismanagement, and require immediate resolution to entice potential buyers.

Debtor's reliance upon a stale two-year old property appraisal dated April 10, 2022 is misguided. Attached hereto as **Exhibit E** is a June 30, 2023 appraisal showing fair market value

1

at $1,740,000.[1] The Court can rely upon this appraisal to conclude that the Debtor lacks equity in the property. Moreover, the Trust's $1,639,044.84 proof of claim is prima facie valid and has not been objected to by the Debtor. Thus, the Debtor's equity cushion is only 6% and that amount is not enough to shield the Trust from loss due to any decrease in value of the property during the time the automatic stay remains in effect. Courts generally hold that an equity cushion of less than 10% is insufficient to constitute adequate protection. *See, e.g., In re Tucker*, 5 B.R. 180, 12 (Bankr.S.D.N.Y.1980) (7.4% inadequate).

If the Court *conditions* the automatic stay under 11 U.S.C. § 362(d)(3) to afford the Debtor an opportunity to market the property for sale, the Trust submits that the following conditions should be implemented to protect the estate and all creditors:

(1)   Appoint a trustee or receiver to manage the Debtor's estate professionally; someone who will address the plethora of problems identified herein;

(2)   Authorize MYC's retention as real estate broker on an emergency basis so that it can immediately commence marketing efforts;

(3)   Require Debtor to file all claim objections within 10 days;

(4)   Dismiss the case after 60 days if no sale contract is procured; and

(5)   Order Debtor to make monthly payments to the Trust in an amount equal to interest at the applicable nondefault contract rate of interest.

**WHEREFORE**, the Trust respectfully requests that this Court issue an Order (i) dismissing the bankruptcy case pursuant to 11 U.S.C. § 1112(b), in the alternative, (ii) granting stay relief under 11 U.S.C. § 362(d), and (iii) granting such other relief as the Court deems just and proper.

---

[1] This appraisal was an interior inspection only and the appraiser was unable to determine if conditions exist which affect the livability, soundness or structural integrity of the building. The Exhibits attached hereto confirm that substantial material defects exist which reduce the property's value.

Dated: February 5, 2024

> By: */s/ Gregory Sanda*
> Gregory Sanda, NYBN 4446340
> Andrew Kamensky, NYBN 4963757
> MCMICHAEL TAYLOR GRAY, LLC
> 3550 Engineering Drive, Suite 260
> Peachtree Corners, GA 30092
> Telephone: (404) 474-7149
> Facsimile: (404) 745-8121
> gsanda@mtglaw.com
> akamensky@mtglaw.com
> *Attorneys for Velocity Commercial*
> *Capital Loan Trust 2017-2*

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing Reply was served via CM/ECF electronic service upon counsel for the Debtor and all parties in interest who have filed a notice of appearance, and as noted below.

**Via U.S. Mail**
Georgina Falu Co, LLC
175 W. 95th Street
25B
New York, NY 10025

Georgina Falu
175 W. 95th Street
25B
New York, NY 10025

Georgina Falu Co, LLC
329 East 118th Street
New York, NY 10035

Georgina Falu
329 East 118th Street
New York, NY 10035


**Via CM/ECF electronic service**
Charles A Higgs
Law Office of Charles A. Higgs
2 Depot Plaza
Bedford Hills, NY 10507

Mark Bruh
DOJ-Ust
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Small Business Administration
26 Federal Pl 3100
New York, NY 10278

United States Trustee
Office of the United States Trustee-NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Honorable Michael E. Wiles
One Bowling Green
New York, NY 10004-1408

This 5th day of February, 2024.

                                           */s/ Gregory Sanda*

                                           MCMICHAEL TAYLOR GRAY, LLC
                                           3555 Engineering Drive, Suite 260
                                           Peachtree Corners, GA 30092