# EXHIBIT A

**329 East 118 Street, Manhattan, 10035**
Generated on 02/02/2024



## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 133161 | 329-329 | 1054710 | 1795 | 16 | 188 |
| STORIES | A UNITS | B UNITS | CD | CLASS | OWNERSHIP | BUILDING ID |
| 3 | 4 | 0 | 11 | G | PVT | 20019 |

## Property Owner Registration Information

Registration Expiry Date  09/01/2024             Last Registration Date    10/18/2023

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | GEORGINA FALU | 333 E 118TH #1, New York, 10035 |
| Officer | - | GEORGINA FALU | 333 E 118TH #1, New York, 10035 |
| Corporation | GEORGINA FALU CO LLC | - | 333 E 118TH #1, New York, 10035 |
| Managing Agent | GEORGINA FALU | GEORGINA FALU | 175 W 95 ST 25B, New York, 10075 |
| Shareholder | - | GEORGINA FALU | 175 W 95TH STT 25B, New York, 10035 |

## Open Violations (93) A=13, B=46, C=33, I=1

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |

| 15785540 | A | 1507 | - | - | 03/15/2023 | 03/15/2023 |
| 8328028 | ORIGINAL | 06/18/2023 | 07/02/2023 | NOV SENT | 03/15/2023 | - |

(a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov\hpd, search bed bugs.

| 15713470 | B | 550 | 3 | 3 | 02/08/2023 | 02/08/2023 |
| 8282580 | ORIGINAL | 03/15/2023 | 03/29/2023 | NOT COMPLIED | 11/02/2023 | 09/29/2023 |

§ 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at window frame north wall approx. 4 sq. ft in the kitchen located at apt 3, 3rd story, 1st apartment from west at north original violation 15412379 issued 09-oct-22 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b).

| 15614643 | I | 730 | - | - | 12/12/2022 | - |
| - | - | - | - | INFO NOV SENT | 12/13/2022 | - |

§ 27-2091(c) adm code   the property has been issued an order to identify and address  underlying conditions and violations related to the order. failure to comply may result in extensive repair work to correct underlying conditions and related violations by hpd. charges for repair work done pursuant to this order, if not paid, will become tax liens on the property


| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION ||||||||
| 15447482 | B | 583 | 1 | 1 | 10/22/2022 | 10/25/2022 |
| 8083844 | ORIGINAL | 11/29/2022 | 12/13/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at the ceiling in the bathroom located at apt 1, 1st story, 1st apartment from north at east ||||||||
| 15447483 | B | 508 | 1 | 1 | 10/22/2022 | 10/25/2022 |
| 8083844 | ORIGINAL | 11/29/2022 | 12/13/2022 | NOV SENT | 10/25/2022 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the bathroom located at apt 1, 1st story, 1st apartment from north at east ||||||||
| 15413766 | C | 530 | - | Not Applicable | 10/11/2022 | 10/12/2022 |
| 8068260 | ORIGINAL | 10/26/2022 | 10/31/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective at building entrance door ||||||||
| 15412382 | B | 501 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code properly repair the broken or defective bell and buzzer intercom system from building entrance door to panel at south wall in the foyer located at apt 3, 3rd story, 1st apartment from west at north ||||||||
| 15412380 | B | 501 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the 2nd room from east at south located at apt 3, 3rd story, 1st apartment from west at north ||||||||
| 15412385 | B | 583 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at west wall in the kitchen located at apt 3, 3rd story, 1st apartment from west at north ||||||||
| 15412376 | C | 568 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065613 | ORIGINAL | 11/06/2022 | 11/11/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 3, 3rd story, 1st apartment from west at north ||||||||
| 15412377 | C | 569 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065613 | ORIGINAL | 11/06/2022 | 11/11/2022 | 1 NO ACCESS | 10/26/2022 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 3, 3rd story, 1st apartment from west at north ||||||||




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15412374 | B | 1503 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065610 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV SENT | 10/11/2022 | - |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperable in the entire apartment located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412383 | B | 505 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code replace with new the broken or defective glazing at upper sash window in the kitchen located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412387 | B | 508 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the bathroom located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412386 | B | 508 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV SENT | 10/11/2022 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the west wall in the kitchen located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412381 | A | 508 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065608 | ORIGINAL | 01/14/2023 | 01/28/2023 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 1st room from east at south located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412384 | B | 579 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065611 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026 adm code repair the leaky and/or defective faucets at sink in the bathroom located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412375 | B | 702 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065610 | ORIGINAL | 11/15/2022 | 11/29/2022 | NOV SENT | 10/11/2022 | - |
| § 27-2045 adm code repair or replace the smoke detector inoperable in the entire apartment located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 15412373 | C | 510 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065612 | ORIGINAL | 10/17/2022 | 10/24/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code & 309 m/d law abate the nuisance consisting of scalding hot water exceeding 130 degrees in the entire apartment located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION ||||||||
| 15412378 | C | 530 | 3 | 3 | 10/09/2022 | 10/11/2022 |
| 8065614 | ORIGINAL | 10/25/2022 | 10/30/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective hinges in the entrance located at apt 3, 3rd story, 1st apartment from west at north ||||||||
| 15415589 | C | 569 | 2 | 1 | 10/04/2022 | 10/06/2022 |
| 8062525 | ORIGINAL | 11/01/2022 | 11/06/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice located at apt 2, 1st story, 1st apartment from west at north ||||||||
| 15415590 | C | 568 | 2 | 1 | 10/04/2022 | 10/06/2022 |
| 8062525 | ORIGINAL | 11/01/2022 | 11/06/2022 | NOT COMPLIED | 10/26/2022 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches located at apt 2, 1st story, 1st apartment from west at north ||||||||
| 15415592 | B | 508 | 2 | 1 | 10/04/2022 | 10/06/2022 |
| 8062523 | ORIGINAL | 11/10/2022 | 11/24/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 1st room from north at east located at apt 2, 1st story, 1st apartment from west at north ||||||||
| 15415588 | B | 702 | 2 | 1 | 10/04/2022 | 10/06/2022 |
| 8062523 | ORIGINAL | 11/10/2022 | 11/24/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2045 adm code repair or replace the smoke detector defective located at apt 2, 1st story, 1st apartment from west at north ||||||||
| 15415585 | B | 1503 | 2 | 1 | 10/04/2022 | 10/06/2022 |
| 8062523 | ORIGINAL | 11/10/2022 | 11/24/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective located at apt 2, 1st story, 1st apartment from west at north ||||||||
| 15417179 | C | 550 | 2 | 2 | 10/04/2022 | 10/06/2022 |
| 8062524 | ORIGINAL | 11/01/2022 | 11/06/2022 | NOV LATE | 09/29/2023 | 09/29/2023 |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... approximately 4 sq ft at ceiling, 4 sq ft at north, 4 sq ft at south, and 4 sq ft at west wall in the bathroom located at apt 2, 2nd story, 1st apartment from west at north original violation 14828235 issued 15-feb-22 has been upgraded to class c per administrative code §27-2017.3a(5)(a) or (b). ||||||||
| 15387172 | B | 505 | 3 | 2 | 09/19/2022 | 09/21/2022 |
| 8044524 | ORIGINAL | 10/26/2022 | 11/09/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code replace with new the broken or defective exterior glass pane at window upper sash in the kitchen located at apt 3, 2nd story, 1st apartment from west at north ||||||||





| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15387166 | B | 579 | 3 | 2 | 09/19/2022 | 09/21/2022 |
| 8044524 | ORIGINAL | 10/26/2022 | 11/09/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026 adm code  repair the leaky and/or defective faucets at wash basin  in the  bathroom  located at apt 3, 2nd story, 1st apartment from west at north | | | | | | |
| 15343246 | C | 530 | - | Basement | 08/31/2022 | 09/02/2022 |
| 8024192 | ORIGINAL | 09/16/2022 | 09/21/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective adjust hinges on door  at building front entrance at basement | | | | | | |
| 15343247 | A | 529 | - | Basement | 08/31/2022 | 09/02/2022 |
| 8024191 | ORIGINAL | 12/06/2022 | 12/20/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  refit door at building front entrance at basement | | | | | | |
| 15343245 | A | 529 | - | Basement | 08/31/2022 | 09/02/2022 |
| 8024191 | ORIGINAL | 12/06/2022 | 12/20/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  refit door at vestibule in basement  at public hall | | | | | | |
| 15267915 | B | 508 | 3 | 2 | 07/20/2022 | 07/21/2022 |
| 7978718 | ORIGINAL | 08/25/2022 | 09/08/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling  in the  private hallway  located at apt 3, 2nd story, 1st apartment from west at north | | | | | | |
| 15267914 | B | 508 | 3 | 2 | 07/20/2022 | 07/21/2022 |
| 7978718 | ORIGINAL | 08/25/2022 | 09/08/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling  in the  bathroom  located at apt 3, 2nd story, 1st apartment from west at north | | | | | | |
| 15249501 | B | 508 | 3 | 2 | 07/08/2022 | 07/11/2022 |
| 7966492 | ORIGINAL | 08/15/2022 | 08/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling  in the  bathroom  located at apt 3, 2nd story, 1st apartment from north at east | | | | | | |
| 15249500 | B | 583 | 3 | 2 | 07/08/2022 | 07/11/2022 |
| 7966492 | ORIGINAL | 08/15/2022 | 08/29/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling  in the  bathroom  located at apt 3, 2nd story, 1st apartment from north at east | | | | | | |
| 15253878 | C | 501 | - | 1 | 07/06/2022 | 07/12/2022 |
| 7968892 | ORIGINAL | 07/18/2022 | 07/25/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective door lock at entrance , 1st story | | | | | | |



329 East 118 Street, Manhattan, 10035
Generated on 02/02/2024

23-11004-mew Doc 56-1 Filed 02/05/24 Entered 02/05/24 16:52:37 Exhibit ie
Violations Pg 7 of 13



| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15216363 | A | 529 | - | 1 | 06/18/2022 | 06/21/2022 |
| 7945338 | ORIGINAL | 09/24/2022 | 10/08/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  refit vestibule door   at public hall, 1st story | | | | | | |
| 15216365 | A | 529 | - | Not Applicable | 06/18/2022 | 06/21/2022 |
| 7945338 | ORIGINAL | 09/24/2022 | 10/08/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  refit building front entrance door | | | | | | |
| 15216364 | C | 530 | - | Not Applicable | 06/18/2022 | 06/21/2022 |
| 7945340 | ORIGINAL | 07/17/2022 | 07/22/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective at building front entrance | | | | | | |
| 15194417 | C | 501 | - | Basement | 06/06/2022 | 06/07/2022 |
| 7931569 | ORIGINAL | 06/13/2022 | 06/20/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective mortise lock on vestibule door  at public hall | | | | | | |
| 15194416 | C | 530 | - | Basement | 06/06/2022 | 06/07/2022 |
| 7931570 | ORIGINAL | 07/03/2022 | 07/08/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective the building entrance door  at public hall | | | | | | |
| 15093160 | C | 569 | 4 | 3 | 04/02/2022 | 04/04/2022 |
| 7862449 | ORIGINAL | 04/30/2022 | 05/05/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the  entire apartment  located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 15093159 | C | 568 | 4 | 3 | 04/02/2022 | 04/04/2022 |
| 7862449 | ORIGINAL | 04/30/2022 | 05/05/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 15093155 | B | 501 | - | Basement | 04/02/2022 | 04/04/2022 |
| 7862446 | ORIGINAL | 05/09/2022 | 05/23/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective mortise lock and assembly at bulding entrance door | | | | | | |
| 14828230 | C | 672 | - | 1 | 02/15/2022 | 02/16/2022 |
| 7651741 | ORIGINAL | 02/22/2022 | 03/01/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| §  27-2033 adm code  provide ready access to buildings heating system door locked at south at public hall  , 1st story | | | | | | |




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14828233 | B | 583 | 2 | 2 | 02/15/2022 | 02/16/2022 |
| 7651739 | ORIGINAL | 03/23/2022 | 04/06/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the 1st room from north at east located at apt 2, 2nd story, 1st apartment from west at north | | | | | | |
| 14804684 | C | 569 | 2 | 1 | 02/03/2022 | 02/04/2022 |
| 7628533 | ORIGINAL | 03/02/2022 | 03/07/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 2, 1st story, 1st apartment from west at north | | | | | | |
| 14804682 | B | 508 | 2 | 1 | 02/03/2022 | 02/04/2022 |
| 7628532 | ORIGINAL | 03/11/2022 | 03/25/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at north wall in the bathroom located at apt 2, 1st story, 1st apartment from west at north | | | | | | |
| 14811022 | B | 521 | 4 | 3 | 02/01/2022 | 02/03/2022 |
| 7627170 | ORIGINAL | 03/10/2022 | 03/24/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 2007 adm code fire egress defective. remove obstructing bars or unlawful gates from window to fire escape or provide approved type gate ... located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 14811021 | C | 526* | 4 | 3 | 02/01/2022 | 02/03/2022 |
| 7627171 | ORIGINAL | 02/09/2022 | 02/16/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005, 2007 adm code remove the illegal fastening at the fire escape gate located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 14792016 | B | 508 | 3 | 3 | 01/25/2022 | 01/26/2022 |
| 7618135 | ORIGINAL | 03/02/2022 | 03/16/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and wall in the private hallway located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 14792015 | B | 583 | 3 | 3 | 01/25/2022 | 01/26/2022 |
| 7618135 | ORIGINAL | 03/02/2022 | 03/16/2022 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the private hallway located at apt 3, 3rd story, 1st apartment from west at north | | | | | | |
| 14424205 | B | 550 | 2 | 2 | 07/06/2021 | 07/06/2021 |
| 7396251 | ORIGINAL | 08/10/2021 | 08/24/2021 | DEFECT LETTER | 10/26/2022 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... approximately 6 sq ft at north wall, 2 sq ft at west wall in the bathroom located at apt 2, 2nd story, 1st apartment from west at north original violation 13995191 issued 07-mar-21 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b). | | | | | | |




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION ||||||||
| 14117479 | B | 550 | 2 | 2 | 04/02/2021 | 04/02/2021 |
| 7152404 | ORIGINAL | 05/07/2021 | 05/21/2021 | DEFECT LETTER | 10/26/2022 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling in the bathroom located at apt 2, 2nd story, 1st apartment from west at north original violation 13890861 issued 01-dec-20 has been upgraded to class b per administrative code §27-2017.3a(3)(a) or (b). ||||||||
| 13995189 | B | 583 | 2 | 2 | 03/07/2021 | 03/08/2021 |
| 7109834 | ORIGINAL | 04/12/2021 | 04/26/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the 1st room from north at east located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13995194 | B | 501 | - | 1 | 03/07/2021 | 03/08/2021 |
| 7109833 | ORIGINAL | 04/12/2021 | 04/26/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code properly repair the broken or defective door lock and assembly at building entrance door , 1st story ||||||||
| 13995192 | B | 508 | 2 | 2 | 03/07/2021 | 03/08/2021 |
| 7109834 | ORIGINAL | 04/12/2021 | 04/26/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling, north and west walls in the bathroom located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13995190 | B | 508 | 2 | 2 | 03/07/2021 | 03/08/2021 |
| 7109834 | ORIGINAL | 04/12/2021 | 04/26/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling in the 1st room from north at east located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13981446 | B | 508 | 3 | 2 | 01/12/2021 | 01/15/2021 |
| 7063726 | ORIGINAL | 02/19/2021 | 03/05/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the bathroom located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13981445 | B | 508 | 3 | 2 | 01/12/2021 | 01/15/2021 |
| 7063726 | ORIGINAL | 02/19/2021 | 03/05/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and west wall in the foyer located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13981447 | C | 569 | 3 | 2 | 01/12/2021 | 01/15/2021 |
| 7063727 | ORIGINAL | 02/10/2021 | 02/15/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 3, 2nd story, 1st apartment from west at north ||||||||





| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 13890863 | B | 1503 | 2 | 2 | 12/01/2020 | 12/02/2020 |
| 7021098 | ORIGINAL | 01/06/2021 | 01/20/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 2, 2nd story, 1st apartment from west at north | | | | | | |
| 13890864 | B | 702 | 2 | 2 | 12/01/2020 | 12/02/2020 |
| 7021098 | ORIGINAL | 01/06/2021 | 01/20/2021 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 2, 2nd story, 1st apartment from west at north | | | | | | |
| 13778236 | B | 501 | - | 1 | 09/06/2020 | 09/08/2020 |
| 6950326 | ORIGINAL | 10/13/2020 | 10/27/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code properly repair the broken or defective mortise lock on door at building entrance , 1st story | | | | | | |
| 13712215 | B | 501 | 4 | 3 | 07/01/2020 | 07/02/2020 |
| 6898462 | ORIGINAL | 08/06/2020 | 08/20/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code properly repair the broken or defective door lock in the bathroom located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 13712221 | C | 569 | 4 | 3 | 07/01/2020 | 07/02/2020 |
| 6898464 | ORIGINAL | 07/28/2020 | 08/02/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 13712219 | C | 568 | 4 | 3 | 07/01/2020 | 07/02/2020 |
| 6898464 | ORIGINAL | 07/28/2020 | 08/02/2020 | NOT COMPLIED | 10/26/2022 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 13712214 | A | 529 | 4 | 3 | 07/01/2020 | 07/02/2020 |
| 6898461 | ORIGINAL | 10/05/2020 | 10/19/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code refit door in the bathroom located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 13712353 | A | 556 | 4 | 3 | 07/01/2020 | 07/02/2020 |
| 6898461 | ORIGINAL | 10/05/2020 | 10/19/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the 3rd room from north at west, the 3rd room from north at east, the 2nd room from north, the kitchen , the bathroom located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION ||||||||
| 13581260 | C | 569 | 3 | 2 | 03/19/2020 | 03/20/2020 |
| 6861480 | ORIGINAL | 04/10/2020 | 04/15/2020 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13581261 | A | 502 | 3 | 2 | 03/19/2020 | 03/25/2020 |
| 6863162 | ORIGINAL | 06/28/2020 | 07/12/2020 | NOT COMPLIED | 09/20/2022 | - |
| § 27-2005 adm code  properly repair with similar material the broken or defective broken vinyl floor tiles near radiator  in the 1st bathroom  from north at west located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13581259 | C | 530 | 3 | 2 | 03/19/2020 | 03/20/2020 |
| 6861481 | ORIGINAL | 04/10/2020 | 04/15/2020 | 1 NO ACCESS | 10/26/2022 | 04/21/2020 |
| § 27-2005, 27-2007, 27-2041.1 hmc: replace or repair the self-closing doors that is missing or defective .. in the  entrance  located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13581258 | B | 508 | 3 | 2 | 03/19/2020 | 03/20/2020 |
| 6861479 | ORIGINAL | 04/24/2020 | 05/08/2020 | NOT COMPLIED | 09/20/2022 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling  in the  1st bathroom  from north at west located at apt 3, 2nd story, 1st apartment from west at north ||||||||
| 13213722 | B | 583 | 2 | 2 | 08/06/2019 | 08/08/2019 |
| 6565287 | ORIGINAL | 09/12/2019 | 09/26/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling  in the  1st room  from north at east located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13213724 | C | 568 | 2 | 2 | 08/06/2019 | 08/08/2019 |
| 6565289 | ORIGINAL | 08/29/2019 | 09/03/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13213728 | B | 502 | 2 | 2 | 08/06/2019 | 08/08/2019 |
| 6565287 | ORIGINAL | 09/12/2019 | 09/26/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair with similar material the broken or defective wood floor  in the  2nd room  from north located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13213745 | B | 510 | 2 | 2 | 08/06/2019 | 08/08/2019 |
| 6565287 | ORIGINAL | 09/12/2019 | 09/26/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code & 309 m/d law  abate the nuisance consisting of plywood attached to lower window sash   in the bathroom  located at apt 2, 2nd story, 1st apartment from west at north ||||||||




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION ||||||||
| 13213739 | A | 529 | 2 | 2 | 08/06/2019 | 08/08/2019 |
| 6565286 | ORIGINAL | 11/11/2019 | 11/25/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  refit the upper and lower window sash  in the  bathroom  located at apt 2, 2nd story, 1st apartment from west at north ||||||||
| 13214216 | B | 501 | - | 1 | 08/06/2019 | 08/08/2019 |
| 6565287 | ORIGINAL | 09/12/2019 | 09/26/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective mortise lock assembly on door at building entrance , 1st story ||||||||
| 13209097 | C | 501 | - | 1 | 08/03/2019 | 08/05/2019 |
| 6562179 | ORIGINAL | 08/13/2019 | 08/18/2019 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective lockset at vestibule entrance door  at public hall, 1st story ||||||||
| 12767122 | C | 501 | - | | Not Applicable | 11/20/2018 | 11/23/2018 |
| 6317738 | ORIGINAL | 12/01/2018 | 12/06/2018 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2005 adm code  properly repair the broken or defective lock on entrance door to building at 1st story ||||||||
| 12774618 | C | 616 | 4 | 3 | 11/20/2018 | 11/28/2018 |
| 6322008 | ORIGINAL | 12/26/2018 | 12/31/2018 | NOT COMPLIED | 10/26/2022 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2)         south wall in the  1st room  from north at east located at apt 4, 3rd story, 1st apartment from north at east ||||||||
| 12774617 | C | 616 | 4 | 3 | 11/20/2018 | 11/28/2018 |
| 6322008 | ORIGINAL | 12/26/2018 | 12/31/2018 | DEFECT LETTER | 10/26/2022 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2)         north wall in the  3rd room  from north at east located at apt 4, 3rd story, 1st apartment from north at east ||||||||
| 12774616 | C | 616 | 4 | 3 | 11/20/2018 | 11/28/2018 |
| 6322008 | ORIGINAL | 12/26/2018 | 12/31/2018 | NOT COMPLIED | 10/26/2022 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2)         south wall in the  1st kitchenette  from north at west located at apt 4, 3rd story, 1st apartment from north at east ||||||||
| 12774619 | C | 616 | 4 | 3 | 11/20/2018 | 11/28/2018 |
| 6322008 | ORIGINAL | 12/26/2018 | 12/31/2018 | NOT COMPLIED | 10/26/2022 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2)         west wall in the  2nd bathroom  from north at west located at apt 4, 3rd story, 1st apartment from north at east ||||||||




| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 12774620 | C | 616 | 4 | 3 | 11/20/2018 | 11/28/2018 |
| 6322008 | ORIGINAL | 12/26/2018 | 12/31/2018 | NOT COMPLIED | 10/26/2022 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2)    north wall in the 3rd room from north at west located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 12767079 | B | 521 | 4 | 3 | 11/20/2018 | 11/23/2018 |
| 6317737 | ORIGINAL | 12/28/2018 | 01/11/2019 | NOT COMPLIED | 09/09/2022 | - |
| § 27-2005, 2007 adm code  fire egress defective. remove obstructing bars or unlawful gates from window to fire escape or provide approved type gate at north west window in the 1st room from north at east located at apt 4, 3rd story, 1st apartment from north at east | | | | | | |
| 12767116 | C | 672 | - | | Not Applicable | 11/20/2018 | 11/23/2018 |
| 6317738 | ORIGINAL | 12/01/2018 | 12/06/2018 | NOV LATE | 10/06/2023 | 10/06/2023 |
| §  27-2033 adm code  provide ready access to buildings heating system boiler room door locked at basement | | | | | | |
| 12627133 | A | 1506 | - | 1 | 10/05/2018 | 10/09/2018 |
| 6214506 | ORIGINAL | 01/12/2019 | 01/26/2019 | NOT COMPLIED | 09/09/2022 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at public hall, 1st story | | | | | | |
| 12611881 | B | 506 | - | 3 | 09/28/2018 | 10/01/2018 |
| 6205872 | ORIGINAL | 11/05/2018 | 11/19/2018 | NOT COMPLIED | 09/09/2022 | - |
| § 27-2005 adm code  replace with new the missing baluster.  4th from bottom  at public hall stairs, 3rd story | | | | | | |
| 12378795 | A | 1506 | - | All Stories | 05/10/2018 | 05/14/2018 |
| 6088016 | ORIGINAL | 08/17/2018 | 08/31/2018 | NOT COMPLIED | 09/09/2022 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at lobby | | | | | | |
| 11646430 | C | 790 | 3 | 2 | 02/10/2017 | 02/13/2017 |
| 5681402 | ORIGINAL | 03/13/2017 | 03/18/2017 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 2; wg to replace = 0; wg to repair = 1;    located at apt 3, 2nd story, 1st apartment from west at north | | | | | | |
| 11646439 | A | 556 | 3 | 2 | 02/10/2017 | 02/13/2017 |
| 5681399 | ORIGINAL | 05/19/2017 | 06/02/2017 | NOV LATE | 10/06/2023 | 10/06/2023 |
| § 27-2013 adm code  paint with light colored paint to the satisfaction of this department   the    east wall,    1st door frame  from south at west wall in the  kitchen  located at apt 3, 2nd story, 1st apartment from west at north | | | | | | |

