# EXHIBIT B

**329 East 118 Street, Manhattan, 10035**
Generated on 02/02/2024



## Overdue Lead Paint Violations (5)

| S.No. | VIOLATION ID | CLASS | ORDER # | APT # | STORY # |
|---|---|---|---|---|---|
| 1 | 12774620 | C | 616 | 4 | 3 |

| REPORTED DATE | NOV ISSUED DATE | NOV ID | NOV TYPE | CORRECTION BY DATE |
|---|---|---|---|---|
| 11/27/2018 | 11/28/2018 | 0 | - | - |

| CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE | VIOLATION DESCRIPTION |
|---|---|---|---|---|
| - | - | - | - | - |

**VIOLATION DESCRIPTION**

§ 27-2056.6 ADM CODE - CORRECT THE LEAD-BASED PAINT HAZARD - PRESUMED LEAD PAINT THAT IS PEELING OR ON A DETERIORATED SUBSURFACE USING WORK PRACTICES SET FORTH IN 28 RCNY §11-06(B)(2)    NORTH WALL IN THE 3rd ROOM FROM NORTH AT WEST LOCATED AT APT 4, 3rd STORY, 1st APARTMENT FROM NORTH AT EAST

| S.No. | VIOLATION ID | CLASS | ORDER # | APT # | STORY # |
|---|---|---|---|---|---|
| 2 | 12774619 | C | 616 | 4 | 3 |

| REPORTED DATE | NOV ISSUED DATE | NOV ID | NOV TYPE | CORRECTION BY DATE |
|---|---|---|---|---|
| 11/27/2018 | 11/28/2018 | 0 | - | - |

| CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE | VIOLATION DESCRIPTION |
|---|---|---|---|---|
| - | - | - | - | - |

**VIOLATION DESCRIPTION**

§ 27-2056.6 ADM CODE - CORRECT THE LEAD-BASED PAINT HAZARD - PRESUMED LEAD PAINT THAT IS PEELING OR ON A DETERIORATED SUBSURFACE USING WORK PRACTICES SET FORTH IN 28 RCNY §11-06(B)(2)    WEST WALL IN THE 2nd BATHROOM FROM NORTH AT WEST LOCATED AT APT 4, 3rd STORY, 1st APARTMENT FROM NORTH AT EAST




| S.No. | VIOLATION ID | CLASS | ORDER # | APT # | STORY # |
|---|---|---|---|---|---|
| 3 | 12774618 | C | 616 | 4 | 3 |
| | REPORTED DATE | NOV ISSUED DATE | NOV ID | NOV TYPE | CORRECTION BY DATE |
| | 11/27/2018 | 11/28/2018 | 0 | - | - |
| | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE | VIOLATION DESCRIPTION |
| | - | - | - | - | - |

**VIOLATION DESCRIPTION**

§ 27-2056.6 ADM CODE - CORRECT THE LEAD-BASED PAINT HAZARD - PRESUMED LEAD PAINT THAT IS PEELING OR ON A DETERIORATED SUBSURFACE USING WORK PRACTICES SET FORTH IN 28 RCNY §11-06(B)(2)      SOUTH WALL IN THE  1st ROOM  FROM NORTH AT EAST LOCATED AT APT 4, 3rd STORY, 1st APARTMENT FROM NORTH AT EAST

| S.No. | VIOLATION ID | CLASS | ORDER # | APT # | STORY # |
|---|---|---|---|---|---|
| 4 | 12774617 | C | 616 | 4 | 3 |
| | REPORTED DATE | NOV ISSUED DATE | NOV ID | NOV TYPE | CORRECTION BY DATE |
| | 11/27/2018 | 11/28/2018 | 0 | - | - |
| | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE | VIOLATION DESCRIPTION |
| | - | - | - | - | - |

**VIOLATION DESCRIPTION**

§ 27-2056.6 ADM CODE - CORRECT THE LEAD-BASED PAINT HAZARD - PRESUMED LEAD PAINT THAT IS PEELING OR ON A DETERIORATED SUBSURFACE USING WORK PRACTICES SET FORTH IN 28 RCNY §11-06(B)(2)      NORTH WALL IN THE  3rd ROOM  FROM NORTH AT EAST LOCATED AT APT 4, 3rd STORY, 1st APARTMENT FROM NORTH AT EAST

| S.No. | VIOLATION ID | CLASS | ORDER # | APT # | STORY # |
|---|---|---|---|---|---|
| 5 | 12774616 | C | 616 | 4 | 3 |




| REPORTED DATE | NOV ISSUED DATE | NOV ID | NOV TYPE | CORRECTION BY DATE |
|---|---|---|---|---|
| 11/27/2018 | 11/28/2018 | 0 | - | - |

| CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE | VIOLATION DESCRIPTION |
|---|---|---|---|---|
| - | - | - | - | - |

**VIOLATION DESCRIPTION**
§ 27-2056.6 ADM CODE - CORRECT THE LEAD-BASED PAINT HAZARD - PRESUMED LEAD PAINT THAT IS PEELING OR ON A DETERIORATED SUBSURFACE USING WORK PRACTICES SET FORTH IN 28 RCNY §11-06(B)(2)    SOUTH WALL IN THE  1st KITCHENETTE  FROM NORTH AT WEST LOCATED AT APT 4, 3rd STORY, 1st APARTMENT FROM NORTH AT EAST

