# EXHIBIT C

**329 East 118th Street**

New York, New York 10035

Velocity, Carla Elfeld

---

### PHOTO-2023-06-15-17-48-41



### PHOTO-2023-06-15-17-48-40_10



### PHOTO-2023-06-15-17-48-40_9



### PHOTO-2023-06-15-17-48-40_8



### PHOTO-2023-06-15-17-48-40_7



### PHOTO-2023-06-15-17-48-40_6



---

**PHOTO SHEET**                                                                 **Page 7 of 8**

**329 East 118th Street**
New York, New York  10035

Velocity, Carla Elfeld

| PHOTO-2023-06-15-17-48-37 | PHOTO-2023-06-15-17-48-36_7 |
|---|---|




| PHOTO-2023-06-15-17-48-36_6 | PHOTO-2023-06-15-17-48-36_5 |
|---|---|




| PHOTO-2023-06-15-17-48-36_4 | PHOTO-2023-06-15-17-48-36_3 |
|---|---|




**329 East 118th Street**
New York, New York 10035

Velocity, Carla Elfeld

### PHOTO-2023-06-15-17-48-36_2


### PHOTO-2023-06-15-17-48-36_1


### PHOTO-2023-06-15-17-48-36


### PHOTO-2023-06-15-17-48-40


### PHOTO-2023-06-15-17-48-39_9


### PHOTO-2023-06-15-17-48-39_8


**329 East 118th Street**
New York, New York  10035

Velocity, Carla Elfeld

---

**PHOTO-2023-06-15-17-48-39_7**



**PHOTO-2023-06-15-17-48-39_6**



**PHOTO-2023-06-15-17-48-39_5**



**PHOTO-2023-06-15-17-48-39_4**



**PHOTO-2023-06-15-17-48-39_3**



**PHOTO-2023-06-15-17-48-39_2**



---

**PHOTO SHEET**                                                          **Page 3 of 8**

**329 East 118th Street**
New York, New York  10035

Velocity, Carla Elfeld

| PHOTO-2023-06-15-17-48-39_1 | PHOTO-2023-06-15-17-48-39 |
|---|---|

 

| PHOTO-2023-06-15-17-48-38_8 | PHOTO-2023-06-15-17-48-38_7 |
|---|---|

 

| PHOTO-2023-06-15-17-48-38_6 | PHOTO-2023-06-15-17-48-38_5 |
|---|---|

 

**PHOTO SHEET**                                                                 **Page 4 of 8**

**329 East 118th Street**
New York, New York 10035

Velocity, Carla Elfeld

| **PHOTO-2023-06-15-17-48-38_4** | **PHOTO-2023-06-15-17-48-38_3** |
|---|---|




| **PHOTO-2023-06-15-17-48-38_2** | **PHOTO-2023-06-15-17-48-38_1** |
|---|---|




| **PHOTO-2023-06-15-17-48-38** | **PHOTO-2023-06-15-17-48-37_6** |
|---|---|




**329 East 118th Street**
New York, New York  10035

Velocity, Carla Elfeld

---

**PHOTO-2023-06-15-17-48-37_5**



**PHOTO-2023-06-15-17-48-37_4**



**PHOTO-2023-06-15-17-48-37_3**



**PHOTO-2023-06-15-17-48-37_2**



**PHOTO-2023-06-15-17-48-37_1**



**PHOTO-2023-06-15-17-48-41_1**



---

**PHOTO SHEET**

**329 East 118th Street**

New York, New York  10035

Velocity, Carla Elfeld

**PHOTO-2023-06-15-17-48-40_5**          **PHOTO-2023-06-15-17-48-40_4**



**PHOTO-2023-06-15-17-48-40_3**          **PHOTO-2023-06-15-17-48-40_2**

          

**PHOTO-2023-06-15-17-48-40_1**

