# EXHIBIT D



| | | Date | proposal # |
|---|---|---|---|
| | | 6/12/2023 | ▮ |
| | | NYCDOB # | ▮ |
| Bill to: | | | |
| 329 East 118th Street, New York, NY, 10035 | | | |
| P.O.# | ▮ | | |
| Project | 329E 118th Street | | |

| Description | Cost per Item | Total Cost |
|---|---|---|
| **Exterior** | | |
| Remove and dispose backyard structure | | $ 3,800.00 |
| W, E and S sides to be cleaned and repainted | | $ 10,500.00 |
| Scrape and reinforce as needed fire escape structure/paint as per code | | $ 4,850.00 |
| **Basement** | | |
| Replace damaged structural joists where temporary beams are present | | $ 8,500.00 |
| Remove and dispose temporary beams and columns | | $ 800.00 |
| Break concrete flooring in boiler room area and replace damaged sewer line/ pour concrete after | | $ 9,250.00 |
| Apply mold remediation chemicals in entire basement/ use industrial fans to dry for 48 hours | | $ 2,100.00 |
| Rebuild staircase leading to basement | | $ 2,600.00 |
| **1st, 2nd, 3rd floor** | | |
| Open ceilings as needed/per section/ apply mold remediation chemicals and fan dry for 48 hours | | $ 13,500.00 |
| Patch, tape and spacke, prime and paint all ceilings | | |
| **Total Price:** | | $ 55,900.00 |
| **12.5% General Conditions** | | $ 6,987.50 |
| **12.5% Overhead and Profit** | | $ 7,860.94 |

| **Grand total:** | **$70,748.44** |
|---|---|

| Notes: | 1. Building materials included |
|---|---|
| 2. Garbage disposal included | |
| 3. No plumbing or electrical work included (unless otherwise noted) | |
| 4. Payment to be made as following: 30% downpayment, 70% after basement completion, 20% at completion | |
| **Acceptance of Contract** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. | Date of acceptance: _____ Signature : _____ |

Structural Preservation Corp
PO Box 4211, Great Neck, NY, 11023