**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :    **Chapter 11**
**GEORGINA FALU CO., LLC**                                  :
                                                            :    **Case No. 23-11004-mew**
                              **Debtor.**                   :
------------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated January 11, 2024 (the "Motion") [ECF No. 37] of U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2 (with any subsequent successor or assign, the "Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay as to the Creditor's interests in 329 East 118th Street, New York, NY 10035 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, and Debtor's Opposition, dated January 31, 2024 (the "Opposition") [ECF No. 51]; and due and proper notice of the Motion and Opposition having been made on all necessary parties; and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the hearing held on July 17, 2024, where counsel for Debtor and Velocity appeared; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, and for the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. The automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in,

and remedies in and to, the Property, including, without limitation, foreclosure and eviction proceedings.

3. The fourteen day stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and this Order is effective immediately upon entry.

Dated: New York, New York
       July 19, 2024

                                      /s/ **Michael E. Wiles**
                                      United States Bankruptcy Judge